ROBERT J. CONGEL et al., as Members of the Executive Committee of, and on Behalf of POUGHKEEPSIE GALLERIA COMPANY, Respondents, v MARC A. MALFITANO, Appellant.

Submitted October 3, 2016; decided January 10, 2017

Motion for leave to appeal granted. Motion for a stay denied.

DAVID ANTHONY FERNANDEZ, Individually and as Executor of JANIS ANNE FERNANDEZ, Deceased, Appellant, v DAIMLER-CHRYSLER, AG., Respondent, et al., Defendants.

Decided January 10, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge RIVERA taking no part.

GLOBAL REINSURANCE CORPORATION OF AMERICA, Successor in Interest to CONSTITUTION REINSURANCE CORPORATION, Respondent, v CENTURY INDEMNITY COMPANY, Successor in Interest to CCI INSURANCE COMPANY, Successor in Interest to INSURANCE COMPANY OF NORTH AMERICA, Appellant.

Decided January 10, 2017

See 843 F3d 120.

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Chief Judge DiFIORE and Judges RIVERA, ABDUS-SALAAM, STEIN, FAHEY and GARCIA concur.